

# NUMBER 13-22-00054-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JACK LEE KING,                                                                    Appellant,

v.

JONELL DRURY KING,                                                              Appellee.

## On appeal from the 319th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Peña
### Memorandum Opinion by Justice Peña

This matter is before the Court on appellant's motion to dismiss appeal. Appellant requests dismissal stating that the parties have negotiated a settlement.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1) (allowing the Court to "dismiss the

appeal or affirm the appealed judgment or order unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled"). Accordingly, we grant the motion to dismiss, and we dismiss the appeal. Costs will be taxed against appellant, although he is exempt from payment due to his affidavit of inability to pay costs. *See id.* R. 42.1(d). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA<br>
Justice

Delivered and filed on the
26th day of January, 2023.